**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00189-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAIME MADRID-GURROLA,
       a/k/a "Juan Vega-Felix," "Jaime," "Jefe Grande,"

    Defendant.

---

**ORDER TO SET HEARING RE "MOTION TO APPOINT NEW COUNSEL"**

---

      This matter is before the Court on Defendant Madrid-Gurrola's "Motion to Appoint New Counsel (Doc. # 375). Government counsel is DIRECTED to file a response no later than December 11, 2009 with regard to Defendant's alleged lack of access to a laptop computer. Defendant's counsel is DIRECTED to file a response to Defendant's allegations no later than December 11, 2009. It is further

      ORDERED that a hearing regarding Defendant's "Motion to Appoint New Counsel" is set for **December 14, 2009 at 1:00 p.m.**, in Courtroom A602 of the Arraj Courthouse. Defendant Madrid-Gurrola shall be present at this hearing.

      DATED: December   1  , 2009

                                                       BY THE COURT:

                                                       _____
                                                       CHRISTINE M. ARGUELLO
                                                       United States District Judge