**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00189-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAIME MADRID-GURROLA,
     a/k/a "Juan Vega-Felix," "Jaime," "Jefe Grande,"

    Defendant.

---

**ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 382) filed on behalf of Defendant Jaime Madrid-Gurrola in the above matter, it is hereby

ORDERED that defense counsel and counsel for the Government shall confer and contact Chambers *via* conference call (303-335-2174) no later than December 14, 2009 to set this matter for a Change of Plea Hearing.

IT IS FURTHER ORDERED that the motion hearing set for December 14, 2009 regarding Defendant Madrid-Gurrola is VACATED.

DATED: December   8  , 2009

                                                      BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge