**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00189-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAIME MADRID-GURROLA,
      a/k/a "Juan Vega-Felix," "Jaime," "Jefe Grande,"

      Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

Pursuant to a telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 382), a Change of Plea hearing is set for **March 3, 2010 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse**.** Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on February 24, 2010, 2009**. If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by Defendant in advance of plea of guilty are translated,

in writing, furnished to Defendant and signed by Defendant in advance of the change of plea hearing. The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

DATED:  January   19  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge