IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00189-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAIME MADRID-GURROLA,**
   **a/k/a "Juan Vega-Felix," "Jaime," "Jefe Grande,"**

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between counsel and Chambers staff, the sentencing for Defendant Jaime Madrid-Gurrola is RESET to **May 28, 2010 at 10:00 a.m.**, in Courtroom A-602.

    DATED: April 12, 2010